UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RUSSELL COLBETH,
    Plaintiff

V.

STACIE COLBETH, et al.,
    Defendant

CIVIL ACTION

NO.   15-13179-WGY

## ORDER OF DISMISSAL

YOUNG, D. J.

In accordance with the Court's MEMORANDUM AND ORDER dated 11/24/2015, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

November 24, 2015
Date

/s/ Daniel C. Hohler
Deputy Clerk